IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARLA M. FREEMAN                                                              PLAINTIFF

     v.                               CIVIL NO. 12-2204

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                   DEFENDANT

**O R D E R**

Currently before this Court is a motion to re-enter appearance on behalf of Plaintiff's counsel filed on November 19, 2012. **(Doc. 9)**. Although Plaintiff's counsel has known of the November 20, 2012, deadline to pay the filing fee since November 6, 2012, she waited until the day before the filing fee was due to file her motion. Nevertheless, the motion is **granted,** and Plaintiff is given until **November 27, 2012**, to pay the filing fee. **No further extensions will be granted, and Plaintiff is advised that should she fail to pay the filing fee by the set date, her Complaint may be dismissed without prejudice for failure to obey an order of the Court.**

IT IS SO ORDERED this 20th day of November 2012.

                                              /s/ *Erin L. Setser*
                                              HON. ERIN L. SETSER
                                              UNITED STATES MAGISTRATE JUDGE