IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARLA M. FREEMAN                                                                          PLAINTIFF

      v.                                         CIVIL NO. 12-2204

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                         DEFENDANT

### O R D E R

On November 20, 2012, the Court granted Plaintiff's counsel's motion to re-enter an appearance and gave Plaintiff until November 27, 2012, to pay the filing fee. The Order stated as follows:

> No further extensions will be granted, and Plaintiff is advised that should she fail to pay the filing fee by the set date, her Complaint may be dismissed without prejudice for failure to obey an order of the Court.

(Doc. 11). To date, Plaintiff has failed to pay the filing fee.

Based on the above, the Court dismisses Plaintiff's Complaint on the grounds that she has failed to respond to a Court Order. See Fed. R. Civ. P. 41(b).

DATED this 3rd day of December, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)