IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARLA M. FREEMAN                                                              PLAINTIFF

      v.                                CIVIL NO. 12-2204

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                DEFENDANT

**O R D E R**

    On November 20, 2012, the Court granted Plaintiff's counsel's motion to re-enter an appearance and gave Plaintiff until November 27, 2012, to pay the filing fee. After the filing fee had not been docketed as paid, by Order dated December 3, 2012, the Court dismissed Plaintiff's Complaint on the grounds that she had failed to respond to a Court Order. See Fed. R. Civ. P. 41(b). It has come to the Court's attention that Plaintiff's counsel paid the filing fee on November 20, 2012, but this payment was not docketed, therefore making it appear Plaintiff had failed to timely pay the filing fee. The Clerk of the Court is hereby directed to re-open Plaintiff's case as it appears she did timely pay her filing fee.

    The Court hereby directs that a copy of the Complaint, along with a copy of this Order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as, Eric H. Holder, Jr., U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within sixty (60) days

from the date of service.

      IT IS SO ORDERED this 4th day of December, 2012.

                                        /s/ *Erin L. Setser*
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE